THE STATE OF NEVADA, APPELLANT, v. JON ORME AKA WALTER PAUL THOMAS, RESPONDENT.

No. 13766

August 31, 1983                    668 P.2d 275

*Brian McKay,* Attorney General, Carson City; *Robert J. Miller,* District Attorney, and *James Tufteland,* Deputy District Attorney, Clark County, for Appellant.

*Morgan D. Harris,* Public Defender, and *James L. Gubler,* Deputy Public Defender, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Having reviewed this matter, we conclude that our recent decision in Sheriff v. Berman, 99 Nev. 102, 659 P.2d 298

(1983), is dispositive. Accordingly, we reverse the order granting the motion to dismiss, and we remand this matter to the district court for reinstatement of the information and trial on the merits.